FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
SEP 27 2004

# I. CAPTION

Jeffrey Scruggs
(Enter the full name of the plaintiff or plaintiffs)

v.

Dennis Powell & William Haslego, Parole Agents

William Tims & Russell Bono, Police Dept.
(Enter the full name of the defendant or defendants)

# II. PARTIES

a. Plaintiff

Full name: Jeffrey Scruggs

Prison identification number: CF-2665

Place of present confinement: SCI - Rockview

Address: Box A Bellefonte, PA. 16823-0820

Place of confinement at time of incidents or conditions alleged in complaint, including address:

Norristown, PA. 19401

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: Dennis Powell, Parole Agent
   Place of employment and section or unit: 1961 New Hope St. Norristown, PA.

2. Full name including title: William Haslego, Parole Supervisor
   Place of employment and section or unit: 1961 New Hope St. Norristown, PA.

3. Full name including title: William Tims, Sgt.
   Place of employment and section or unit: Norristown, PA. Police Dept.

4. Full name including title: Russell Bono, Chief Police
   Place of employment and section or unit: Norristown, PA. Police Dept.

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

Page 1

## III. PREVIOUS LAWSUITS

*Instructions:*

If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.

If you have filed other lawsuits, provide the following information.

Parties to your previous lawsuit:

Plaintiffs _____

Defendants _____

Issues: _____
_____
_____

Court: if federal, which district? _____

if state, which county? _____

Docket number: _____ Date filed: _____

Name of presiding judge: _____

Disposition: (check correct answer(s)); Date: _____

Dismissed ___ Reason? _____

Judgment ___ In whose favor? _____

Pending ___ Current status? _____

Other ___ Explain _____

Appeal filed? ___ Current status? _____

Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.

## IV. ADMINISTRATIVE REMEDIES

*Instructions:*

Provide the information requested below if there is an administrative procedure to resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

   Type of procedure. (grievance, disciplinary review, etc.)
   _____

   Authority for procedure. (DC-ADM, inmate handbook, etc.)
   _____

   Formal or informal procedure. _____

   Who conducts the initial review? _____

   What additional review and appeals are available? _____
   _____

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

   On what date did you request initial review? _____

   What action did you ask prison authorities to take? _____
   _____

   What response did you receive to your request? _____

   What further review did you seek and on what dates did you file the requests? _____
   _____
   _____

   What responses did you receive to your requests for further review?
   _____
   _____

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why.
   _____
   _____
   _____

## V. STATEMENT OF CLAIM

*Instructions:*

State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statutes. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.

Statement of claim:

1.) Dennis Powell, search tractor trailer registered in state of New Jersey, content, and U.S currency missing. Negligence of parole agent duties

2.) William Haslego, Neglect the duties of being supervisor in charge, Allowing this to happen.

3.) William Tims, Sgt. Norristown, PA. Police dept. Removed U.S. currency from home Never return it, Negligence of Police officer duties.

4.) Russell Bono, chief Police Neglect the duties of being Supervisor in charge, Allowing this to happen.

## VI. RELIEF

*Instruction:* Briefly state exactly what you want the Court to do for you.

Relief sought:

1) Compensatory damages in the sum of (50,000) Thousand Dollars from each and all defendants (2) Punitive damages in the sum of (50,000) from each defendants (3) A jury trial on all issues and plaintiffs cost of suit (4) Any further relief the court deems equitable

## VII. DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

8/18/04
DATE

Jeffrey Scruggs
SIGNATURE OF PLAINTIFF(S)

Page 4